# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

151292(96)

LAKELAND HOSPITALS AT NILES
AND ST. JOSEPH, INC.,
    Plaintiff-Appellee,

v

AUTO-OWNERS INSURANCE
COMPANY,
    Defendant-Appellant,

and

HOME-OWNERS INSURANCE
COMPANY
    Defendant.
_____/

SC: 151292
COA: 318440
Berrien CC: 12-000067-NF

   On order of the Chief Justice, the motion of the Insurance Institute of Michigan to file an amicus curiae brief in support of defendant-appellant's motion for reconsideration is GRANTED. The amicus brief submitted on February 22, 2016, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016



Clerk